IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

v.                                Case No. **21-8030-JPO**

**RYAN ASHLOCK,**
    *Defendant.*

___

### ORDER APPOINTING COUNSEL
___

NOW on this 22nd day of February, 2021, the Court upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, appoints Dionne M. Scherff as counsel for Ryan Ashlock pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective February 22, 2021.

                                                 _____
                                                 The Honorable Teresa J. James
                                                 United States Magistrate Judge